UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>TED P. MEAGHER,<br><br>         Defendant. | CR09-240 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's second motion for early termination of supervised release, docket no. 82, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2017.

                                                      William M. McCool
                                                    Clerk

                                                      s/Karen Dews
                                                    Deputy Clerk

MINUTE ORDER - 1